PROB 12C  
(7/93)

Report Date: January 5, 2012

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brian Patrick Rukke | Case Number: 2:05CR00158-001 |
| Address of Offender: ███████ Ephrata, WA 98823 | |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 5/16/2006 | |
| Original Offense: Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: Prison - 63 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: 1/21/2011 |
| Defense Attorney: Gerald Smith | Date Supervision Expires: 1/20/2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition # 15**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability.

**Supporting Evidence**: Brian Patrick Rukke violated the conditions of the sex offender treatment program by utilizing prohibited materials for self-gratification purposes and failing to disclose this information until it was discovered during the course of treatment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

**Prob12C**
**Re: Rukke, Brian Patrick**
**January 5, 2012**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer
1/11/12

Date

Case 2:05-cr-00158-FVS    Document 47    Filed 01/11/12